**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**Long Island Federal Courthouse**
**814 Federal Plaza**
**Central Islip, NY 11722-4451**
**(631) 712-5730**

**BEFORE: ARLENE R. LINDSAY**　　　　　　　　　**DATE: 7/28/2026**
**United States Magistrate Judge**

　　　　　　　　　　　　　　　　　　　　　　　　　　**TIME: 11:15 AM**

**DOCKET NO: 26-cv-2024 (JMA)**

**CASE: Carey v. Nassau County et al**

　**X**　　**INITIAL CONFERENCE**
　____　　**STATUS CONFERENCE**　　　　　　　　　**BY TELEPHONE　X**
　**X**　　**SETTLEMENT CONFERENCE**
　**X**　　　**SCHEDULING CONFERENCE**
　____　　**DISCOVERY CONFERENCE**

　　　　　　**APPEARANCES:**

　　　　　　**FOR PLAINTIFF:**　　　　　　　　　**FOR DEFENDANTS:**
　　　　　　**David Gray**　　　　　　　　　　　**Sheharyar Ali , I**

**The following rulings were made:**


　　**The parties agreed to a schedule which will be entered under a separate order.**


　　　　　　　**SO ORDERED:**
　　　　　_____/s/_____